IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 30 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

DANIEL GOIA )
    Plaintiff )
     )    CIVIL ACTION
v. )    FILE NO: 1:24-CV-4402
     )
METROCITY BANK, )
LISA CHUNG )
KATIE PARK )
TIEYEKA WILLIAMS )
DAVID MUTETEKE )
    Defendants

---

## COMPLAINT

---

    COMES NOW Plaintiff Daniel Goia and hereby files this Complaint against above named Defendants for breach of contract, discrimination, theft of funds, felony theft and wire fraud, harassment, intentional infliction of emotional distress and stress related illness, FCRA violations, FDCPA violations, libel, tax evasion and tax fraud involving my account, conspiracy to commit fraud, conspiracy to commit theft, and gross negligence regarding customer's data.

    Almost from beginning of the contract, the bank and its employees breached the contract and showed bad faith in everything, continuing to call hundreds of times despite telling them to stop, taking the harassment to the level of psychological warfare (terrorism) in order to drive me to despair and accept their dirty deeds.

Therefore I'm the Court for Physical, Emotional and punitive damages in the sum of $18 millions dollars.

Daniel Goia
Plaintiff
905 OLD PEACHTREE RD NE
LAWRENCEVILLE GA 30043

September 30, 2024
Date

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September 2024, I filed this complaint with the Clerk of Court and served a copy of the same through first class, United States mail, postage prepaid:

METROCITY BANK
5114 Buford Hwy NE
Doraville GA 30340

<u>Daniel Goia</u>                              September 30, 2024
Plaintiff                                      Date
905 OLD PEACHTREE RD NE
LAWRENCEVILLE GA 30043