**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

DANIEL GOIA,

                Plaintiff,                      CIVIL ACTION FILE

vs.                                  NO. 1:24-cv-04402-ELR

METROCITY BANK et al.,

                Defendants.

**AMENDED <u>J U D G M E N T</u>**

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, for consideration of the Magistrate Judge's Report and Recommendation and of the defendant's Motion to Dismiss for Failure to State a Claim, and the court having adopted said Recommendation and granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed without prejudice pursuant to Rule 12(b)(5) for insufficient service of process.

Dated at Atlanta, Georgia, this 21st day of February, 2025.

                                    KEVIN P. WEIMER
                                    CLERK OF COURT

                        By:    <u>s/A. White</u>
                              Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 21, 2025
Kevin P. Weimer
Clerk of Court

By:   <u>s/A. White</u>
       Deputy Clerk